UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>ZAKKS SMOKE AND BEVERAGE, LLC, et al.,<br><br>              Defendants. | CASE NO. C23-0322JLR<br><br>ORDER |

      Before the court is Plaintiff GS Holistic, LLC's ("GS Holistic") motion for an extension of time to file the parties' joint status report ("JSR") and discovery plan.  (Mot. (Dkt. # 12).)  Defendants Zakks Smoke and Beverage, LLC, and Mohsin Husain have not responded to GS Holistic's motion.[1]  (*See* Dkt.)  GS Holistic represents that the parties are engaged in settlement discussions and requests a 30-day extension of the parties'

---

[1] "Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."  Local Rules W.D. Wash. LCR 7(b)(2).

ORDER - 1

deadline to file their JSR and discovery plan.  (Mot. at 1-2; *see* Init. Sched. Order (Dkt. # 11) (setting the JSR deadline on July 21, 2023).)

For good cause shown, the court GRANTS GS Holistic's motion for a 30-day extension of the deadline to file the parties' JSR (Dkt. # 12).  The parties shall file their JSR by no later than **August 21, 2023**.

The court notes, not for the first time, that GS Holistic's motion does not comply with the court's Local Civil Rules.  For example, Local Civil Rule 10(e) specifies formatting requirements for pleadings, motions, and other filings.  *See, e.g.*, Local Rules W.D. Wash. LCR 10(e)(1), (3), (5).  And Local Civil Rule 7(e)(6) requires that each motion or brief filed in a case "include the certification of the signer as to the number of words, substantially as follows:  'I certify that this memorandum contains ____ words, in compliance with the Local Civil Rules.'"  Local Rules W.D. Wash. LCR 7(e)(6).  GS Holistic's motion complies with neither of these rules.  (*See* Mot.)  Therefore, the court ORDERS counsel for GS Holistic to carefully review the current version of the Local Civil Rules on the court's website and ensure that all future filings on behalf of GS Holistic comply with these rules.  Failure to follow the Local Civil Rules in the future may result in the motion or brief being stricken from the docket or other sanctions.

Dated this 1st day of August, 2023.

JAMES L. ROBART
United States District Judge