UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC, | CASE NO. C23-0322JLR |
| Plaintiff, | ORDER |
| v. | |
| ZAKKS SMOKE AND BEVERAGE, et al., | |
| Defendants. | |

On January 2, 2024, Plaintiff GS Holistic, LLC ("GS Holistic") filed a notice of settlement in which the parties stated that GS Holistic "w[ould] soon dismiss this case, upon finalization of the agreed upon terms of the Settlement Agreement." (Notice (Dkt. # 16).)  Three months have now passed since GS Holistic filed its notice of settlement, and GS Holistic has not yet dismissed this case.  (*See generally* Dkt.)  As a result, trial in this matter is still set for September 30, 2024.  (*See* Sched. Order (Dkt. # 15).) Accordingly, in the interest of efficient management of its docket, the court ORDERS the

ORDER - 1

1 | parties to file, by no later than **April 10, 2024**, either a stipulation of dismissal, *see* Fed.
2 | R. Civ. P. 41(a)(1)(A)(ii), or a report that addresses: (1) the status of the parties'
3 | settlement agreement, (2) an estimate of when the parties expect to dismiss this case, and
4 | (3) whether the parties object to the court striking their September 30, 2024 trial date.
5 |     Dated this 3rd day of April, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2