UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC, | CASE NO. C23-0322JLR |
| Plaintiff, | ORDER |
| v. | |
| ZAKKS SMOKE AND BEVERAGE, LLC, et al., | |
| Defendants. | |

On January 2, 2024, Plaintiff GS Holistic, LLC ("GS Holistic") filed a notice of settlement in which the parties stated that GS Holistic "w[ould] soon dismiss this case, upon finalization of the agreed upon terms of the Settlement Agreement." (Notice (Dkt. # 16).) As of April 3, 2024, however, the parties had not yet filed a stipulation of dismissal. (*See generally* Dkt.) Therefore, the court issued an order directing the parties to "file, by no later than April 10, 2024, either a stipulation of dismissal . . . or a report that addresses: (1) the status of the parties' settlement agreement, (2) an estimate of

ORDER - 1

when the parties expect to dismiss this case, and (3) whether the parties object to the court striking their September 30, 2024 trial date." (4/3/24 Order (Dkt. # 17).)

Defendants Zakks Smoke and Beverage, LLC and Mohsin Husain timely filed a response to the court's order in which they stated that they "have been waiting for Plaintiff's counsel to forward a settlement agreement and stipulation and order of dismissal." (Defs. Resp. (Dkt. # 18).)  They represent that they would "have it signed expeditiously and returned to Plaintiff's counsel for entry" provided it "accurately reflects the agreement of the parties." (*Id.*)  GS Holistic, however, did not respond to the April 3, 2024 order. (*See generally* Dkt.)  Accordingly, the court ORDERS GS Holistic to show cause, by no later than **April 15, 2024**, why the court should not issue monetary sanctions against GS Holistic and/or its counsel for failure to comply with the court's order.

Dated this 11th day of April, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2